# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

FaceBook Multimedia Journalist & Speaker of L.G.B.T.Q+ Members TRANSGENDER Person: Ey Ekeyla My Carruthers Washington (AKA Lintrezn M. Carruthers Washington DOC# 968154

[You are the PLAINTIFF, print your full name on this line.]

v.

WCC-I - Westville Correctional Facility (WCF)

Captain Carter Thomas

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-431

**FILED MAY 17 2023**
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] WCC-I/Westville Correctional Facility (WCF) | 5501 South 1100 West Westville Ind. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Captain Carter Thomas | 5501 South 1100 West Westville Ind. 46391 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? WCC-I/Westville Correctional Facility (WCF) 5501 South 1100 West Westville Ind. 46391

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? March 11, 2023

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Captain Carter Thomas has deprived my Rights violating 1st, 4th, 8th, 5th, 14th Amendments by a Wrongful Conduct of Disciplinary Ticket # WCC-23-03-0137 a demand of 180,000 United States of America Currency Do to the Suffering and humilation of all violations mentioned above Under penalties for perjury all Information is True and Correct at (WCF).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ⊗ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊗ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

Copy went to grievance Specialist admin - Shannon Smith

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

$80,000 United States of America Currency FOR Captain Carter Thomas To Investigate and Review all future Events

[Initial Each Statement]

EMCW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EMCW  I will keep a copy of this complaint for my records.
EMCW  I will promptly notify the court of any change of address.
EMCW  I WILL NOT send more than one copy of any filing to the court.
EMCW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EMCW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __3__/__11__/20__23__ at __12__ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mrs. Washington
Signature

Doc #968154
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]