AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Facebook Multimedia Journalist & Speaker of L.G.B. T.Q.+ Members, Transgender Person: Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
    Plaintiff

v.                                              Civil Action No.   3:23cv431

WESTVILLE CORRECTIONAL FACILITY
*WCC-1/WCF*

CARTER THOMAS
*Captain*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>This case is DISMISSED without prejudice.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

X decided by Judge Damon R. Leichty.

DATE:     6/14/2023            CHANDA J. BERTA, CLERK OF COURT
                               by     s/R. Figueroa
                                        *Signature of Clerk or Deputy Clerk*